RECEIVED
USDC CLERK.CHARLESTON.SC

2017 OCT 20  AM 9: 09

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

LYDA ELIZABETH GREENE

_____

_____

*(Write the full name of each plaintiff who is filing
this complaint. If the names of all the plaintiffs
cannot fit in the space above, please write "see
attached" in the space and attach an additional
page with the full list of names.)*

-against-

DEFENDANTS
Attached

_____

*(Write the full name of each defendant who is
being sued. If the names of all the defendants
cannot fit in the space above, please write "see
attached" in the space and attach an additional
page with the full list of names.)*

**Complaint for a Civil Case**

Case No. _____

*(to be filled in by the Clerk's Office)*

Jury Trial:  ☒ Yes   ☐ No
*(check one)*

except for defendant that
they won't release
names, addresses,
places, times

## <u>Defendants</u>

1. Grand Strand Regional Medical Center
   809 82nd Parkway
   Myrtle Beach, S.C. 29577
   843-692-1000

2. Grand Strand Surgical Specialist LLC
   849 82nd Parkway
   Myrtle Beach, S.C. 29577
   843-497-6348
   843-449-2336
   AKA Grand Strand Surgical Care
   AKA Grand Strand Spine & Neuro Center
   AKA Grand Strand Specialty Assoc.

3. Tidelands Waccamaw Community Hospital
   4070 Hwy 17 Bypass
   Murrells Inlet, S.C.
   843-652-1000
   AKA Waccamaw Community Hospital
   AKA Georgetown Memorial Hospital
   including Waccamaw Physicians
   Physical Rehab - 4th floor

defendants

4. Amedisys Home Health
   of Myrtle Beach
   1309 Professional Drive
   Myrtle Beach
       843 - 916 - 0931

5. Unknown: Medical Equipment
   No records released to
   Lyda Elizabeth Greene

6. Horry County Fire Rescue
   2560 Main Street
   Conway, S.C. 29526
       843 - 915 - 5190

7. Horry County Government
   1301 Second Avenue
   Conway, S.C. 29526
       843 - 915 - 5020

8. Horry County Libraries
   1008 Fifth Avenue
   Conway, S.C. 29526
       843 - 915 - 5285

*defendants*

9. Clerk of Court
   Pennsylvania Eastern Division
   (Third Circuit)
   601 Market Street,
   Philadelphia, Pennsylvania 19106

10. Dr. Christopher Boullion
    849 82nd Parkway
    Myrtle Beach. S.C. 29577
    843-449-2336

11. Traveling Nurses at
    Grand Strand Regional
    Medical Center.
    (a) traveling Nurse who
        supposedly was "watching"
        me when in Emergency
        Room about 11:30 AM 4/12/13
        was: (I was boarded
        and collared with [coma]
        head injuries and blunt
        force injuries)
    * Erik Foster Rogers, RN

attachment 1 pg 2

Horry County – other companies that provide services to Horry County – past + present etal

Horry County employees – past AND Present etal

Grand Strand Regional Medical Center etal past + present etal

Grand Strand Regional Medical Center Employees, contractors, Specialists etal, LICENSES, PAST AND PRESENT etal

Grand Strand Surgical Specialists etal, PAST/Pres

Grand Strand Regional Medical Center, employees + NON employees: TRAVELING Drs AND Traveling Nurses, etal AND THEIR Company Names AND ADDRESSES, PAST PRESENT

Grand Strand Regional Medical Center's etal all employees, drs, NURSES, XRAY, all people both employees AND All people past AND Present on property that belongs to another company or organization that provides services at or to ANY Grand Strand Regional Medical Center patient either on site or off site, etal

All providers of services to patients in Emergency Rooms etal both on site and Off site including Grand Strand Regional Medical Center AND ANY SPECIALISTS, NAMES AND ADDRESSES, Identity NAMES, BADGES, LICENSES, Employees UNDER ANOTHER Company's NAME AND ADDRESS, PAST AND PRESENT etal

All providers of ANY services to patients both IN/OUT PATIENT ANY Grand Strand Regional Medical Center's facilities, past AND PRESENT

ANY AND ALL EMPLOYEES AND PRIVATE Contractors etal that provide ANY service to inpatient/OUTPATIENT/RELEASED patient of Grand Strand Regional Medical Center include
✱ Go to page 2 →

page 2

GRAND STRAND Spine AND Neuro Center, Grand Strand Surgical Care etal, GRAND Strand Surgical Specialists LLC etal, GRAND Strand Specialty Assoc etal, both past AND present.

Any Persons who saw, touched, recorded, consulted, or provided ANY Services to LYDA ELIZABETH GREENE on AND with INJURIES etal on April 12, 2013 ACCIDENT THAT occurred approximately at 11:00 AM on that Friday, both past AND present.

TIDELANDS GeorgeTown Memorial Hospital, TIDELANDS WACCAMAW COMMUNITY HOSPITAL, ET AL INCLUDING BY ANOTHER NAME. all employees, all non employees (example - contractors, employees of another company that provide services on AND off site of Tidelands WACCAMAW Community Hospital etal + by any other NAME. ALL LICENSES of all and Registration of both hospital, employees, non employees (employed by another company) etal past and Present ANY past AND present employees AND private company employees NAMES, ADDRESSES, LICENSES of GRAND STRAND Regional MEDICAL, Horry County, Horry County Fire Rescue, TIDELANDS Georgetown or WACCAMAW Community HOSPITAL, ASSIGNED PATIENT CARE AND Aftercare, ANY other company providing MEDICAL EQUIPMENT, VISITING medical personnel AND company with licenses, ANY Home CARE PROVIDERS INCLUDING persons assigned to provide food, WASHING, medicine, transportation, assistance in DAILY LIVING, WOUND CARE, BATHING ASSISTANCE, Telephoning, monitoring, bedside care, health, safety, AND LIVABILITY CARE, cleaning home, WOUND CARE, providing NUTRICIAN CARE, WASHING DISHES, PAYING BILLS, providing social attendance, safety care, protection care from falls, IN HOUSE 24 hour service, perscription dispensing and ANY other service required by A BLUNT FORCE INJURK AND Traumatic brain INJURY PATIENT - LYDA ELIZABETH GREENE

Go to page 3 →(over)

page 3

ANY AND ALL TRANSPORTATION COMPANIES.
AND ANY EQUIPMENT for patient LYDA ELIZABETH
GREENE.

ANY Rehabilitation companies and employees
giving care to Lyda Elizabeth Greene with
any injuries resulting from April 12. 2013
accident.

Any and all discharge plans, care, records
resulting from April 12, 2013 accident.

This does not exclude any company
or individual not herein named.

Lyda Elizabeth has been denied names,
addresses, date & time, places, companies etc
in order for her to list all involved including
records.

RECEIVED
USDC CLERK, CHARLESTON, SC

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA 2017 OCT 20 AM 9: 09
*Pro Se* **Non-Prisoner Complaint Form**

| | |
|---|---|
| *[Enter the full name of the plaintiff in this action]* | ) Civil Action No. |
| LYDA ELIZABETH GREENE | ) _____ |
| | ) *(to be assigned by Clerk)* |
| | ) |
| | ) |
| v. | ) |
| | ) |
| *[Enter the full name of each defendant in this action. If possible, please list only one defendant per line.]* | ) |
| HORRY COUNTY FIRE RESCUE ETAL | ) |
| GRAND STRAND HOSPITAL ET AL | ) |
| TIDELANDS COMMUNITY Hospital ETAL | ) |
| | ) |
| | ) |
| | ) |
| | ) |
| | ) |
| | ) |
| | ) RETURNED FOR |
| | ) NOT A PROPER VENUE |
| | ) |

***If allowed by statute, do you wish to have a trial by jury?*** Yes ✓ / No ____
*[If any answer requires additional space, please use additional paper and attach hereto.]*

**I.    PREVIOUS LAWSUITS**

A.    Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action?

Yes ✓    No ____     BUT HAS BEEN RETURNED
AS WRONG JURISDICTION

B.    If your answer to A is Yes, describe the lawsuit in the space below. *[If more than one lawsuit, describe on another sheet of paper using the same outline.]*

1.    Parties to this previous lawsuit:
   Plaintiff: LYDA ELIZABETH GREENE
   Defendant(s): HORRY COUNTY FIRE AND RESCUE ETAL
2.    Court: GRAND STRAND HOSPITAL ET AL
   TIDLANDS COMMUNITY HOSPITAL ET Al
UNITED STATES DISTRICT COURT EASTERN
DISTRICT OF PENNSYLVANIA

*(If federal court, name the district; if state court, name the county)*

3.  Docket Number: _____

4.  Name(s) of Judge(s) to whom case was assigned: _____

5.  Status of Case: _____
    *(For example, was the case dismissed? Settled? Appealed? Still Pending?)*

6.  Date lawsuit was filed: _____

7.  Date of disposition (if concluded): _____

C.  Do you have any other lawsuit(s) pending in the federal court in South Carolina?

    Yes _____    No ___✓___

## II.  PARTIES

*U S DISTRICT COURT EASTERN DISTRICT OF PA*

In Item A below, place your name and address in the space provided. *[If additional plaintiffs, do the same on another sheet of paper.]*

A.  Name of Plaintiff: _____

    Address: _____

    In Item B below, place the full name of the defendant, and his/her/its address, in the space provided. Use Item C for additional defendants, if any.

B.  Name of Defendant: _____

    Address: _____

C.  Additional Defendants (provide the same information for each defendant as listed in Item B above):

    _____

    _____

    _____

    *COURT SAID ✓ THEY WILL SEND THIS COURT ALL THE FILINGS FROM US DISTRICT COURT, EASTERN DISTRICT OF PA UPON REQUEST BY*

## III.  STATEMENT OF CLAIM

State here, as briefly as possible, the facts of your case. Describe how each defendant is involved.

*SC COURT*

*Told by all defendants verbally that employees are no longer there, have no idea where they are, some even work out of US in other countries, they have been dispersed to prevent lawsuit etc.*

Job or Title (if known)

Street Address

City and County

State and Zip Cod

Telephone Numbe

Defendant No. 4

Name _____

Job or Title (if known) _____

Street Address _____

City and County _____

State and Zip Code _____

Telephone Number _____

## II.    Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited p
types of cases can be heard in federal court: cases involvi
involving diversity of citizenship of the parties.  Under 28
under the United States Constitution or federal laws or treaties is a federal question case.
Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another
State or nation and the amount at stake is more than $75,000 is a diversity of citizenship
case.  In a diversity of citizenship case, no defendant may be a citizen of the same State
as any plaintiff.

What is the basis for federal court jurisdiction?  *(check all that apply)*

☐  Federal question              ☐  Diversity of citizenship

Fill out the paragraphs in this section that apply to this

### A.    If the Basis for Jurisdiction Is a Federal Que

List the specific federal statutes, federal treaties
States Constitution that are at issue in this case.

_____

_____

_____

*SC is insuring agent for Horry County, so doesn't that mean Federal Court in another state?*

3

**B.    If the Basis for Jurisdiction Is Diversity of Citizenship**

    1.    The Plaintiff(s)

        a.    If the plaintiff is an individual

            The plaintiff, *(name* LYDA ELIZZABETH GREENE, is a citizen of
the State of *(name)* SOUTH CAROLINA.

        b.    If the plaintiff is a corporation

            The plaintiff, *(name)* _____, is incorporated
under the laws of the State of *(name)* _____,
and has its principal place of business in the State of *(name)*
_____.

        *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

    2.    The Defendant(s)

        a.    If the defendant is an individual

            The defendant, *(name)* _____, is a citizen of
the State of *(name)* _____. *Or* is a citizen of
*(foreign nation)* _____.

            If the defendant is a corporation

            The defendant, *(name)* _____, is
incorporated under the laws of the State of *(name)*
_____, and has its principal place of
business in the State of *(name)* _____. *Or* is
incorporated under the laws of *(foreign nation)*
_____, and has its principal place of
business in *(name)* _____.

        *(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

*Citizenship of all defendants is questionable since they wont release details - names addresses etc*

4

3.     The Amount in Controversy

The amount in controversy—the amount the plaintiff claims the defendant
owes or the amount at stake—is more than $75,000, not counting interest
and costs of court, because *(explain)*:

_____     *Have you read*
_____     *← III Statement of*
                                     *Claim?*

## III.    **Statement of Claim**

Write a short and plain statement of the claim. Do not
briefly as possible the facts showing that each plaintif
relief sought. State how each defendant was involved
caused the plaintiff harm or violated the plaintiff's rig
of that involvement or conduct. If more than one clai
and write a short and plain statement of each claim in
additional pages if needed.

*"State Briefly"*
*"how each "defendant"*
*was involved." Only*
*an attorney or*
*judge experienced*
*in negligence /*
*malpractice*
*could summarize*
*hundreds of pages.*
*I'm not qualified.*

_____
_____
_____
_____

## IV.    **Relief**

State briefly and precisely what damages or other rel
order. Do not make legal arguments. Include any ba
alleged are continuing at the present time. Include th
claimed for the acts alleged and the basis for these ar
exemplary damages claimed, the amounts, and the re
actual or punitive money damages.

*I'm still seriously*
*injured and even*
*trying to read*
*hundreds of notes*
*as to the suffering*
*from this accident*
*absolutely destroys*
*me. The pain*
*was and is*
*ungodly.*
*Ditto IV*

_____
_____
_____
_____
_____

## V.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: _____, 20__.

Signature of Plaintiff         _____
Printed Name of Plaintiff      _____

### B.    For Attorneys

Date of signing: _____, 20__.

Signature of Attorney          _____
Printed Name of Attorney       _____
Bar Number                     _____
Name of Law Firm       _____
Address                _____
Telephone Number       _____
E-mail Address         _____

*Wouldn't an attorney be assigned for a coma victum? Who was in charge?*

6

*Include also the name(s) of other persons involved, dates, and places.* **Do not give any legal arguments or cite any cases or statutes.** *If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach extra sheets of paper if necessary.*

I MOST REQUEST ALL THIS INFORMATION that WAS MAILED to US DISTRICT COURT, EASTERN DISTRICT OF PENNSYLVANIA. ONLY ORIGINALS EXIST AND THEY ARE AT ABOVE COURT

## III. STATEMENT OF CLAIM - *continued.*

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

Oct 11, 2017                    13 4

Injuries

Blunt force head
injury in Horry County
Building with broken bones
each hand, shattered left
wrist, shattered right knee -
14 shattered teeth - 11 broken
off or totally gone - 3 with
cracks that can't be saved -
Left shoulder that was injured
but not broken, now needs
replacement.

Boarded and collared
from Horry County Building
BFI / TBI taken to
Grand Strand Hospital
where I was dropped
on the floor while in a
coma shattering right side
of face teeth & Somehow
Walco when / didilent got involved.
Have no idea of anything
due to coma. Woke up
in apartment - no food - no
body came, no way to get up;

2 of 4

no way to get to bathroom,
no way to bathe, no way
to get food, no way to
change sheets on a hospital
bed inside the cyst door,
weirs from hospital bed
impaled on leg, and more.

Being in a coma is a
blessing with severe injuries.
It's only much later as
you, up to know — no hearing,
no sight, no awareness —
start to briefly start to "awaken",
are you aware you are in
extreme pain. At first
you, still blind + still hearing,
have some slight awareness you
are screaming in pain but
you still can't see and you
can't hear your screams.
Slowly your awareness get
more focused and you continue
screaming but nobody comes.
Even the sheet touching your
face makes you scream from
pain. As you are slightly

3 of 4

aware longer, and then
longer, the pain is so bad
you try to go back unconscious
or "asleep" and you <u>can't</u>.
Nobody comes. †

The records are incomplete
or completly disappeared.
They don't know where these
"unknown" employees are
or even where they live.
Some are not in SC and
not even in US.

Death manager at GSH
told me over phone the
detailed records are their
<u>personal</u> records and I
could get an attorney to
force them to release them if
they could even be found.

the head injuries aren't.
being addressed as Medicare
doesn't do any facial/maxfacial
surgery. I imagine the

4 8 4

constant ongoing heal infections
will turn to sypsis / syptic
shock and then it won't
matter.

Lyda Lz Greene

5600 Enterprise
Road. 6D

Myrtle Beach SC
29588

843 - 331 - 9263

## IV. RELIEF.

*State briefly and exactly what you want this court to do for you.*

SC has to request from US DISTRICT COURT, EASTERN DISTRICT OF PENNSYLVANIA ONLY ORIGINALS — NO COPIES

*I declare under penalty of perjury that the foregoing is true and correct.*

Signed this ___11___ day of ___October___, 20_17_

_____
Signature of Plaintiff